**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**REHANA VAIDYA,**

             **Plaintiff,**

**-vs-**                                                           **Case No. 6:09-cv-2151-Orl-31KRS**

**ST. GEORGES UNIVERSITY,**

             **Defendant.**
_____

# ORDER

This matter came before the Court without oral argument upon consideration of *pro se* Plaintiff's, Rehana Vaidya ("Plaintiff"), Complaint (Doc. 1) and Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), U.S. Magistrate Judge Karla R. Spaulding's Report and Recommendation regarding same (Doc. 3), and Plaintiff's Objections to the Report and Recommendation (Doc. 6). Upon careful review, it is

**ORDERED** and **ADJUDGED** that:

1. Plaintiff's Objections are **OVERRULED** and the Report and Recommendation is **CONFIRMED** and **ADOPTED**.

2. The Complaint is hereby **DISMISSED** without prejudice. Plaintiff may file an amended complaint that, *inter alia*, complies with FED. R. CIV. P. 10(b) by setting forth each count seriatim (*see* Doc. 3 at 5), by no later than **Tuesday, January 26, 2010**.

3. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **DENIED** without prejudice. Plaintiff may renew her motion upon the filing of her amended complaint and shall use

the *long* form application to proceed without prepayment of costs available on the Middle District's website.[1]  Because the Court's form is designed to be filled out electronically, Plaintiff shall type and then print the application using any number of freely-available PDF readers.[2]

    4.  Finally, Plaintiff is cautioned that while she may be entitled to limited allowances due to her lack of legal training, she is not excused from complying with the Federal Rules of Civil Procedure and the Local Rules of this Court.[3]  *See*, *e.g.*, *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989).  In light of Plaintiff's status as a law student, the Court will expect strict adherence to these rules moving forward.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on January 5, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] *See* Forms, Polices & Publications, http://www.flmd.uscourts.gov/Forms/forms_policies.htm. Navigate to "Application to Proceed Without Prepayment of Costs - Long Form (Number AO 239; Revised 1/2009)."

[2] *See*, *e.g.*, Adobe Reader, http://www.adobe.com/go/EN_US-H-GET-READER.

[3] The Federal Rules of Federal Procedure and Local Rules for the Middle District of Florida may be found online at http://www.uscourts.gov/rules/CV2008.pdf and http://www.flmd.uscourts.gov/Forms/USDC-MDFL-LocalRules5-2006.pdf, respectively.